```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
FREDDIE KNIGHT, DIN# 18A4297,                     :
:
Plaintiff,       :         1:19-cv-04022-GHW
:
-v -                              :         ORDER
:
THE CITY OF NEW YORK, DOCTOR      :
AZMAT HASAN OF CORRECTIONAL       :
HEALTH SERVICES,                  :
:
Defendants.    :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On May 1, 2020, the Court issued a memorandum opinion and order, granting Defendants' motion to dismiss Plaintiff's Complaint. Dkt. No. 39. The Court ordered that "[a]ny amended complaint must be filed no later than thirty days from the date of this order." *Id.* As of the date of this order, the Court has not received Plaintiff's Amended Complaint. Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendants and to close this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is further directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: June 12, 2020

_____
GREGORY H. WOODS
United States District Judge