**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FREDDIE KNIGHT, DIN# 18A4297,

                Plaintiff,

    -against-                                      19 **CIVIL** 4022 (GHW)

## JUDGMENT

THE CITY OF NEW YORK, DOCTOR AZMAT
HASAN OF CORRECTIONAL HEALTH
SERVICES,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 12, 2020, On May 1, 2020, the Court issued a memorandum opinion and order, granting Defendants' motion to dismiss Plaintiff's Complaint; The Court ordered that "any amended complaint must be filed no later than thirty days from the date of the order;" As the date of this order, the court has not received Plaintiff's Amended Complaint; accordingly, judgment is entered in favor of Defendants and this case is closed. The Court certifies, pursuant to 28 U.S.C. 1915 (a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

 **Dated:**  New York, New York
            June 16, 2020

                                                                **RUBY J. KRAJICK**
                                                                 _____
                                                                 **Clerk of Court**
                                          **BY:**
                                                                  _____
                                                                     **Deputy Clerk**